SIEBRAND H. NIEWENHOUS, Respondent, *v.* NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

(Submitted November 20, 1905; decided November 28, 1905.)

Motion for reargument denied, with ten dollars costs. (See 177 N. Y. 566.)

---

MARY A. WILLIAMS et al., as Executors of CHARLES N. WILLIAMS, Deceased, et al., Appellants, *v.* THE BOARD OF CANVASSERS OF THE COUNTY OF ESSEX, Respondent.

*People ex rel. Williams* v. *Bd. of Canvassers,* 105 App. Div. 197, affirmed.
(Argued November 20, 1905; decided December 5, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1905, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant board to reconvene and correct certain alleged errors in its canvass of votes cast at the election of 1904 and denied such motion.

*Richard L. Hand* and *Francis A. Smith* for appellants.

*Edward T. Stokes* and *R. Corbin* for respondent.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.